UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SYDNEY WISDOM,

                        Plaintiff,

-against-

MICHELLE LOIODICE, Inmate Records
Coordinator,
                        Defendant.
-----------------------------------------------------------X

17 **CIVIL** 4837 (VB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 31, 2020, defendant's motion for summary judgment is GRANTED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962); accordingly, the case is closed.

**Dated:** New York, New York
         August 3, 2020

**RUBY J. KRAJICK**

Clerk of Court

BY:

Deputy Clerk